[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
In this medical malpractice action, the defendants move to reargue a November 22, 1994 decision denying their motion to strike counts of the substitute complaint alleging loss of filial consortium and bystander emotional distress. The defendants point out, correctly, that I have since opined, in Wildman v.Connecticut Allergy Asthma Associates, P.C., Superior Court, Judicial District of Fairfield, No. 334473 (1996), that a claim for bystander emotional distress still may not be maintained under Connecticut law, notwithstanding a general recognition of the cause of action of bystander emotional distress in Clohessyv. Bachelor, 237 Conn. 31, 675 A.2d 852 (1996).[1]
A motion to reargue is governed by Practice Book § 204B. Practice Book § 204B requires that such a motion be filed "within twenty days from the issuance of notice of the rendition of the decision or order" sought to be reargued.[2] The present motion is filed far beyond that time period.
The motion to reargue is denied.[3]
BY THE COURT
Bruce L. LevinJudge of the Superior Court